UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YUDIESKY MACHADO
GONZALEZ,

      Petitioner,

   v.                          Case No.:  2:26-cv-00806-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTINO CENTER,

      Respondent,

                                 /

## <u>OPINION AND ORDER</u>

Machado Gonzalez is a native of Cuba who was paroled into the United States on April 10, 2004.  Following a conviction for alien smuggling, an immigration judge ordered him removed on March 4, 2008.  Immigration and Customs Enforcement ("ICE") was unable to remove him, so it released him under an order of supervision.  On November 18, 2025, Machado Gonzalez reported to ICE for a routine check-in, and ICE revoked his release and arrested him.

Machado Gonzalez filed a habeas petition to challenge the legality of his detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Machado Gonzalez would be removed in the reasonably foreseeable future but gave the government an opportunity to determine whether his detention is necessary to protect the community.

The government followed up with the declaration of ICE deportation officer Arthur Rodgers Jr.  Rodgers states he reviewed Machado Gonzalez's file and determined he is a danger to the community and will likely be removed in the reasonably foreseeable future.  (Doc. 11-1).  But Rodgers identifies no facts to support either conclusion.  The Supreme Court has "upheld preventative detention based on dangerousness only when limited to specially dangerous individuals and subject to strong procedural protections." *Zadvydas*, 533 U.S. at 690.  To justify continued detention, the respondents must produce evidence that Machado Gonzalez is specially dangerous.

Accordingly, within **7 days** of this Order, the respondents shall supplement the record with an explanation for Rodger's conclusion that Machado Gonzalez is a danger to the community and any supporting evidence.

**DONE AND ORDERED** in Fort Myers, Florida on May 22, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record